IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIJAH KIRKLAND,

    Plaintiff,

v.                                                 4:23cv69–WS/MJF

KIMBERLY THOMPSON,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed April 11, 2023. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute, failure to pay the filing fee, and failure to comply with a court order.

When Plaintiff filed this case, he listed his address as Leon County Detention Facility in Tallahassee, Florida. The record now reveals that Plaintiff has since been released from that facility. Although it is his responsibility to do so, Plaintiff has not provided the court with a current address. It thus appears that

Plaintiff has abandoned this litigation.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute, failure to comply with a court order, and failure to pay the filing fee.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __10th__ day of __May__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE